OPINION — AG — A COUNTY ASSESSOR MAY NOT AMEND AN ABSTRACT OF ASSESSED VALUATIONS TO CONFORM TO CHANGES IN THE BOUNDARIES OF EXISTING SCHOOL DISTRICTS OF WHICH HE WAS GIVEN NOTICE SEVERAL DAYS AFTER THE EXPIRATION OF TIME IN WHICH HE WAS UNDER A DUTY TO FILE SAID ABSTRACT WITH THE COUNTY EXCISE BOARD. CITE: 68 O.S. 1961 184D-4 [68-184D-4], 70 O.S. 1961 7-1 [70-7-1], 68 O.S. 1961 15.54 [68-15.54], 70 O.S. 1961 7-4 [70-7-4](D) (JAMES FUSON)